PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-MJ-00091-JDP-8 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO DISMISS |
| v. | |
| RAQUEL GARZA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a) and based upon the government's Motion to Dismiss, IT IS HEREBY ORDERED that the complaint in the above-entiteld case against RAQUEL GARZA is DISMISSED only as to defendant RAQUEL GARZA.

DATED: June 29, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE